in Court produced that the Sloop Ufro Sarah her Cargo and Appurtenances belonged to the Subjects of the King of Spain open Enemies to Our Sovereign Lord the King, and that Don Pedro was a Spaniard and Merchant of Said Sloop and had the Sole Management of the said Sloop and Cargo and was a great Part Owner thereof himself, But as for the Slaves men[t] in the Libel it Appears plainly to me that four of them Viz, Quantie Claas of Anders Broke, Manuel Domingito, and D Tarian are free men and Subjects of the High and Mighty Lords the States Gen[l] of the United Netherlands in Amity with Our Sovereign Lord the King, I therefore Order and Decree that they are forthwith Discharged and Set at Liberty, It likewise Appears to me the Negro Slave Called by the Name of Abraham belongs to Coenraad Huyblings the Maker of the aforesaid Sloop who is likewise a Subject to the High and Mighty Lord aforesaid, I do order and Decree that the said Negroe be Delivered to the said Coenraad Huyblings And the Surgeon of Said Sloop Ufro Sarah, Peter Cooprie (by Name) is a Subject of the King of France in Amity with our s[d] Sovereign Lord the King, Do further Order and Decree, that the Surgeons Chest with the Instruments and Medicines thereto belonging, with His wearing Apparrel be forthwith Delivered him, And the Aforesaid Sloop Ufro Sarah her Guns Tackle Appurtenances Cargo Moneys and all other things to s[d] Sloop belonging, Save what is before mentioned, I do Hereby Decree Lawful prize to the Captors and by them to be Divided According to their Agreements heretofore made And I do further Order and Decree that the s[d] William Hopkins Owners and Company pay the Cost of this Court

Newport June [September?] 6 1743                    Leonard Lockman

[Admiralty Papers, II, 31]

## Thomas Shilcock vs. John Banister, 1743

And the Respondent comes into Court, and for Plea saith the Matters and Things herein contain[d] are not within the Jurisdiction of this Hon[ble] Court, for that a special Contract was made at Land within the Town of Newport in the County of Newport the Twenty Sixth day of March A. D. 1743; between the Proponent and the respondent who is only part owner of s[d] ship and s[d] contract was then and there reduced to writing, by Virtue whereof the Proponent entered on Board the Ship within Mentioned, and

Proceeded the Voyage etc. and therefore the same is cognizable in the Kings Court only and of this pray Judgement

J. Honyman Att. pro Resp[t]

Which Plea being overruled the said Respondent farther pleads and says the Libel afores[d] ought to be quashed

1[t] for that James Vaughan of the City of London in the Kingdom of Great Britain Merch[t] are joint Owners of the Ship within named and therefore the Libel afores[d] ought to have been brought ag[st] the s[d] James as well as the Respondent and of this etc.

2[d] For that the Proponent doth not say at what Place the Contract afores[d] was made nor the place from which s[d] Ship proceeded to South Carolina both of which are things absolutely necessary and of this etc.

3[d] For that the Proponent says in his Libel the Ship was sold in London and nevertheless pretends he was discharged from s[d] Ship in Newport on the 18th Day of October 1743 and of this etc.

And the pleas afores[d] being also over ruled the Respondent for Plea says that true it is the Dep[t] did proceed a Voyage in the s[d] Ship to South Carolina from thence to London afors[d] Where he was discharged on or about the twenty second Day of July A D 1743 Where he rec[ed] Seven pounds Sterling Which with the Wages advanced before sailing and the Moneys the Proponant hath otherwise rec[ed] is the full of the proponents Wages Says he Oweth the Proponant nothing in manner and form as in the Libel is set forth and thereupon he prays to be dismist with Costs

J Honyman

M[r] Samuel Banister being duly Sworn in Open Court by the Name of the Ever Living God Says that Thomas Shilcock, was Shipd Some time before he was Enterd in the Portage Bills but how long he could not Tell, but he knew s[d] Shilcock was Absent and thereupon Advisd M[r] John Banister to Ship another Mate in his Room

John Riders being duly Sworn in Open Court by the Name of the Ever Living God Says; That on or about the fifteenth Day of March last he undertook to fix the Rigging and Sails of the Ship Three Sisters Thomas Mackfarland Master and was at the Sail loft and aboard the s[d] Ship from that Time till about Ten or Eleven Days, That Once or Twice in that Time he hath Seen Tho[s] Shillcock on board s[d] Vessel but does not know of his doing any work till about the 26th or 27th of March He the said Shillcock having business of his own to do as the Deponent understood

I shall first Mention Some Pleas made by the Respondent the first to the Jurisdiction of the Court on Account of a Contract the Appellant Rec[d]

w^ch was A Memorandam to Continue him in Wages if the Ship was Sold Untill his Arrival at Newport the Second was that James Vaughan of the City of London was an Owner and not mentioned in the Lible although the Respondent Ship^d the Appellant and gave him the Memorandom or Contract for his Wages if the Ship was Sold Untill his Return to Newport the Next was the place from whence he Saild was left out in the Lible all w^ch Pleas I Overrule and always Shall all Manner of Triffling Evasions to throw the Charges on any poor man when I think his Case is Just as to the Merits of the Cause the Respondent Pleaded that what he Rec^d here Advance Wages and what he had Receiv^d in London was the Ballance Due to him and he should have Sued for the Memorandom or Contract by itself but I find what Advanc^d Wages he had Rec^d and what he Rec^d in London was not the full of the Wages Due to him Even when the ship was Sold so I Order the Respondent Jn° Bannister Merch^t to pay to Tho Shillecock Marriner his Wages from the time he was Ship^d being the 26 of March as Appears by the Portage Bill until he was Discharge at Newport being Oct 18th the Amount of w^ch is twenty three Pounds 11sh and four pence Sterling but to be Subducted out of it what his Advance Wages was before he Saild being Sixteen pounds this Currency and Seven pounds Sterling he Rec^d in England and likewise twelve pounds this Currency part paid in his Absence and part he Rec^d after he came home the Whole three Sums Amounting to twelve pounds one shilling and six pence Sterling So Remains Due to Tho: Shillecock Mariner Eleven pounds Nine Shillings and 10 pence Sterling w^ch I Order the s^d Jno Bannister to pay him and likewise to pay the Cost of this Court.

Jn° Gridley Dep^t Judge